```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2021
```

UNITED STATES DISTRICT COURT
-----------------------------------------------------------X
CALVIN SPENCE,

                        Plaintiff,

              -against-

CITY OF NEW YORK, KEVIN WEBER, and
JOHN OR JANE DOE 1-10,

                      Defendants.

-------------------------------------------------------- X

20-CV-10090 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On September 11, 2021, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 18.) Accordingly, it is hereby:

       ORDERED that Plaintiff shall serve any opposition to the motion to dismiss by October 11, 2021. Defendants' reply, if any, shall be served by October 25, 2021.

SO ORDERED.

Dated: September 14, 2021
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge