UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CALVIN SPENCE, :
:
                    Plaintiff, :
:       20-CV-10090 (VSB)
        -against- :
:            **ORDER**
CITY OF NEW YORK, KEVIN WEBER, and :
JOHN OR JANE DOE 1-10, :
:
                    Defendants. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       By this Court's order dated September 14, 2021, Plaintiff should have served any opposition to Defendants' motion to dismiss by October 11, 2021. (Doc. 24.) To this date, Plaintiff has not filed his opposition. Therefore, it is hereby ORDERED that Plaintiff shall serve any opposition to the motion to dismiss by November 30, 2021, or the motion to dismiss will be deemed unopposed.

SO ORDERED.

Dated:    November 16, 2021
            New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge