UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CALVIN SPENCE,

        Plaintiff,

 -v-                                                   No. 20-CV-10090-LTS
CITY OF NEW YORK, KEVIN WEBER,
and JOHN OR JANE DOE 1-10

        Defendants.

-------------------------------------------------------x

ORDER

On September 28, 2022, the Court issued a memorandum opinion and order (docket entry no. 35 (the "Order")) dismissing some of the plaintiff's claims with prejudice, but granting the plaintiff leave to file an amended complaint to cure deficiencies pertaining to his remaining claims within twenty-one days. In the Order, the Court notified the plaintiff that "any such amended Complaint shall be filed and served within 21 days from the date of this Memorandum Opinion and Order. Any claims that are not timely repleaded will be dismissed with prejudice and without further advance notice to Plaintiff." (Order at 19.)

The twenty-one days have passed since the Court's filing of the Order, and plaintiff has not filed an amended complaint. The Court therefore dismisses with prejudice plaintiff's remaining claims. The Clerk of Court is respectfully directed to enter judgment in defendants' favor and close this case.

        SO ORDERED.

Dated: New York, New York                  /s/ Laura Taylor Swain
      October 21, 2022                    LAURA TAYLOR SWAIN
                                                          Chief United States District Judge