**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CALVIN SPENCE,

               Plaintiff,

-against-                                20 **CIVIL** 10090 (LTS)

                                                     **<u>JUDGMENT</u>**

CITY OF NEW YORK, KEVIN WEBER,
and JOHN OR JANE DOE 1-10,

               Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 21, 2022, judgment is entered in Defendants' favor; accordingly, the case is closed.

**Dated:**  New York, New York

      October 24, 2022

                                                         **RUBY J. KRAJICK**

                                                        _____
                                                        **Clerk of Court**

                                  **BY:**     *K. Mango*
                                                        _____
                                                        **Deputy Clerk**